IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LOMANDO RAMON MOSES,

   Plaintiff,

  v.

ENTERPRISE LEASING COMPANY
OF GEORGIA, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1885-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending denying the Defendants' Motion to Dismiss [Doc. 9] as moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 9] is DENIED.

SO ORDERED, this 10 day of December, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Moses\r&r.wpd